15005.   TONEY *v.* THE STATE.

BLOODWORTH, J.   1. Under all the facts of the case, there is no merit in any of the grounds of the amendment to the motion for a new trial.

2. There is ample evidence to support the verdict, which is approved by the judge who tried the case; and, as no error of law was committed, this court is powerless to interfere.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 14, 1923.

Indictment for possession of liquor; from Fulton superior court —Judge Shurley (motion for new trial before Judge Humphries). August 8, 1923.

*C. G. Battle,* for plaintiff in error.

*John A. Boykin, solicitor-general, E. A. Stephens,* contra.